**489-13**

# ELECTRONIC RECORD

CCA #   14-12-00814-CR

OFFENSE   Injury to a Child, Elderly or Disabled Individual

STYLE:   Henry James Kohrhamer v. The State of Texas

COUNTY   Harris

TRIAL COURT:   185th District Court

TRIAL COURT #:   1326892

TRIAL COURT JUDGE:   Judge, 185th District Court

DISPOSITION: *Affirmed as Reformed*

DATE:   3/19/13

JUSTICE: _____ PC ✓ S _____

PUBLISH: _____   DNP: ✓

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

CLK RECORD:   1 vol.

RPT RECORD:   5 vols

STATE BR:   Yes

APP BR:   Yes

SUPP CLK RECORD   1 vol.

SUPP RPT RECORD   No

SUPP BR   No

PRO SE BR   No

## IN THE COURT OF CRIMINAL APPEALS

# ELECTRONIC RECORD

_State's_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_granted & remanded_

DATE: April 16, 2014

JUDGE: PC

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

CCA #   **489-13**

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____